395 A.2d 988

Kyriakos et al. v. Kemp, Appellant, et al.

Argued September 14, 1978. W. Hamlin Neely, for appellant; J. Malsnee, with him Richard A. Bausher, for appellees; David M. Kozloff, for additional defendant, Kyriakos.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

PRICE, J., dissented.